UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CR-20661-HUCK/MCALILEY

UNITED STATES OF AMERICA

v.

JORGE BONILLA MESA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION

**THIS MATTER** is before the Court on Defendant Jorge Bonilla Mesa's ("Defendant") *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (the "Motion") [ECF Nos. 220, 220-2], which was filed on June 9, 2020. The Motion was referred to Magistrate Judge McAliley [ECF No. 224] for a Report and Recommendation ("R&R"). In the Motion, Defendant argues that his release from prison is warranted because his age and pre-existing health conditions—namely, asthma and his having only one kidney—place him at a heightened risk of severe illness were he to contract COVID-19. The Government responded to the Motion [ECF No. 228] on June 19, 2020. Magistrate Judge McAliley issued the R&R [ECF No. 231] on July 17, 2020, recommending that this Court deny the Motion because Defendant failed to (1) exhaust his administrative remedies and (2) show that an extraordinary and compelling reason warrants his release. Neither party objected to the R&R.

The Court has independently reviewed the record—including the Motion, the Government's response, the R&R, letters submitted by Defendant, and Defendant's medical records, which were filed under seal [*see* ECF Nos. 229-1, 230]—and the relevant legal

1

authorities, and is otherwise duly advised. After a *de novo* review, the Court agrees with the reasoning and recommendations in the R&R, and the analysis therein on both the failure to exhaust administrative remedies and the merits, and therefore adopts the R&R in full. It is, therefore,

**ORDERED AND ADJUDGED** that (1) the R&R is **APPROVED** and **ADOPTED** in its entirety as the Order of this Court and (2) Defendant's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [ECF Nos. 220, 220-2] is **DENIED**.

**DONE and ORDERED** in Miami, Florida on August 17, 2020.

Paul C. Huck
United States District Judge

cc: All counsel of record

    PRO SE
    Jorge Bonilla Mesa
    Reg. # 83997-004
    Moshannon Valley Correctional Institution
    555 Geo Drive
    Philipsburg, PA 16866