UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CR-20661-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORGE BONILLA MESA,

    Defendant.
_____/

**SUPPLEMENTAL REPORT AND RECOMMENDATION**

    I previously issued a Report and Recommendation on Defendant Jorge Bonilla Mesa's *pro se* Motion for Compassionate Release, that recommended that the Court deny the Motion for failure to exhaust administrative remedies and because Defendant failed to demonstrate that he suffers from a medical condition that constitutes an extraordinary and compelling reason for his compassionate release, within the meaning of 18 U.S.C. § 3582(c)(1)(A)(i). (ECF No. 231). After the Court adopted my Report and Recommendation, (ECF No. 233), Defendant requested permission to file an out-of-time reply memorandum, which the Court granted. (ECF Nos. 234, 235). Defendant has now filed his reply. (ECF No. 236). The Court thereafter vacated its Order that adopted my Report and Recommendation and re-referred the Motion to me for consideration in light of Defendant's reply. (ECF No. 237).

    I have carefully read the Reply, as well re-read the Motion and the Government's response. The Reply offers only conclusory assertions and a lengthy discussion of the risks and dangers of COVID-19. (ECF No. 236). It does not offer any new information regarding

1

Defendant's efforts to exhaust his administrative remedies, nor does it provide any new evidence regarding Defendant's medical conditions. As such, the Reply does not alter my analysis or conclusions set forth in my initial Report and Recommendation.

Accordingly, I **RESPECTFULLY RECOMMEND** that the Court **DENY** Defendant's Motion for Compassionate Release, (ECF Nos. 220, 220-2), for the same reasons set forth in my Report and Recommendation dated July 17, 2020 (ECF No. 231), which I incorporate by reference herein.

**No later than fourteen (14) days from the date of this Report and Recommendation** the parties may file any written objections to this Report and Recommendation with the Honorable Paul C. Huck. Judge Huck is obligated to make a *de novo* review of only those factual findings and legal conclusions that are the subject of objections. Only those objected-to factual findings and legal conclusions may be reviewed on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985), 28 U.S.C. § 636(b)(1); Fed.R.Crim.P. 59(b), 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** this 1st day of September, 2020, at Miami, Florida.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
    Counsel of Record
    Jorge Bonilla Mesa