UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-CR-20661-HUCK/MCALILEY

UNITED STATES OF AMERICA

v.

JORGE BONILLA MESA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS [ECF NO. 231] AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS [ECF NO. 238] AND DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

**THIS MATTER** is before the Court on Defendant Jorge Bonilla Mesa's ("Defendant") *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) ("Motion") [ECF Nos. 220, 220-2], which was filed on June 9, 2020. The Motion was referred to Magistrate Judge McAliley [ECF No. 224] for a Report and Recommendation. In the Motion, Defendant argues that his release from prison is warranted because his age and pre-existing health conditions—namely, asthma and his having only one kidney—place him at a heightened risk of severe illness should he contract COVID-19. The Government responded to the Motion [ECF No. 228] on June 19, 2020. Defendant did not file a reply at this time.

Magistrate Judge McAliley issued the Report and Recommendations ("Initial R&R") [ECF No. 231] on July 17, 2020, recommending that the Court deny the Motion because Defendant failed to (1) exhaust his administrative remedies and (2) show that an extraordinary and compelling reason warrants his release. On August 17, 2020, following a *de novo* review of the record and the relevant legal authorities, the Court entered an Order Adopting Report and Recommendations and Denying Defendant's Motion ("Order") [ECF No. 233]. However, on August 25, 2020, Defendant untimely filed a Reply [ECF No. 236]. The Court nevertheless

1

accepted the untimely Reply, and thus vacated the Order and re-referred Defendant's Motion to Magistrate Judge McAliley for a supplemental R&R in light of the Reply [ECF No. 237]. On September 1, 2020, Magistrate Judge McAliley issued a Supplemental Report and Recommendations ("Supplemental R&R") [ECF No. 238], again recommending that Defendant's Motion be denied for the same reasons identified in the Initial R&R. Defendant filed his objections on September 14, 2020 [ECF No. 239].

The Court has independently reviewed the record and the relevant legal authorities, and is otherwise duly advised. After a *de novo* review, the Court agrees with the reasoning and recommendations in the Initial R&R and the Supplemental R&R, including the analysis on both the failure to exhaust administrative remedies and the merits. The Court therefore adopts the Initial R&R and the Supplemental R&R in full and concludes that Defendant has both failed to (i) exhaust his administrative remedies and (ii) demonstrate an extraordinary and compelling reason warranting his release. Accordingly, it is

**ORDERED AND ADJUDGED** that (1) the Initial R&R [ECF No. 231] and the Supplemental R&R [ECF No. 238] are **APPROVED** and **ADOPTED** in their entirety as part of this Order and (2) Defendant's *pro se* Motion for Compassionate Release [ECF Nos. 220, 220-2] is **DENIED**.

**DONE and ORDERED** in Miami, Florida on September 16, 2020.

_____
Paul C. Huck
United States District Judge

cc: All counsel of record;
    Jorge Bonilla Mesa (*pro se*)
    Reg. # 83997-004
    Moshannon Valley Correctional Institution
    555 Geo Drive
    Philipsburg, PA 16866